**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 185 MAL 2023

Respondent

: Petition for Allowance of Appeal
: from the Order of the Superior Court

v.

SEAN DONAHUE,

Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of September, 2023, the Petition for Allowance of Appeal is **DENIED**.